# EXHIBIT G

1

STEVEN NOFFSINGER,

PLAINTIFF

VS.

THE VALSPAR CORPORATION, A DELAWARE CORPORATION, d/b/a C & M COATINGS AND d/b/a VALSPAR INDUSTRIAL AND ENGINEERED POLYMER SOLUTIONS, INC., d/b/a ENGINEERED POLYMER SOLUTIONS, VALSPAR COATINGS, A DELAWARE CORPORATION

DEFENDANTS

DEPOSITION OF

DR. JAMES WEDNER

SEPTEMBER 20, 2010

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052



Exhibit G

2

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF ILLINOIS

3        EASTERN DISTRICT OF ILLINOIS

4

5   STEVEN NOFFSINGER,

6

7       PLAINTIFF,

8

9   vs.           No. 09-CV-916

10

11  THE VALSPAR CORPORATION, A DELAWARE CORPORATION,

12  d/b/a C & M COATINGS AND d/b/a VALSPAR INDUSTRIAL

13  AND ENGINEERED POLYMER SOLUTIONS, INC., d/b/a

14  ENGINEERED POLYMER SOLUTIONS, VALSPAR COATINGS, A

15  DELAWARE CORPORATION,

16

17       DEFENDANTS.

18

19      Deposition of DR. JAMES WEDNER, taken on behalf

20  of the Plaintiff, at the offices of Dr. James

21  Wedner, 4990 Children's Place, Northwest Tower

22  Bldg., 15th Floor, in St. Louis, Missouri, on the

23  20th day of September, 2010, before Pamela K.

24  Needham, RPR, CCR, CSR (MO, IL) and Notary Public.

25

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052

1    APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF:

4      Mr. Robert Cohen

5      David A. Axelrod & Associates, P.C.

6      20 South Clark Street, Suite 2200

7      Chicago, IL  60603

8      (312) 782-4600

9      rac@axelrodpc.com

10

11   FOR THE DEFENDANT:

12     Ms. Terri Bruksch

13     Barnes & Thornburg, LLP

14     11 South Meridian Street

15     Indianapolis, IN  46204

16     (317) 236-1313

17     tbruksch@btlaw.com

18

19

20

21

22

23

24

25

40

1 think --

2 A No, I don't think it's a new opinion.

3 Q Well, I don't think I've seen anything like

4 him, you saying that he changed his story.

5 A No, I'm not saying he changed his story, I'm

6 just saying that...

7 Q All right.

8 A He didn't have -- I mean we can argue at

9 this all we want.

10 Q I'm not going to argue with you, Doctor, I

11 am not going to come here to get you to belief

12 differently than you believe, that's not the purpose

13 of my presence here today.

14 A You know, I mean --

15 Q The purpose of my presence here today is for

16 me to know what you're going to say at trial.

17 A What I'm going to say at trial is that he

18 doesn't have RADS.

19 Q Well, I know that, and I think you're wrong,

20 and Dr. Pacheco thinks you're wrong, and when you

21 say something like his story has changed, that's a

22 rather charged statement, and that's something

23 you're going to have to show me in the evidence.

24 A All right.

25 Q Okay, so I guess that's another thing we

51

1   example, in some of the people in, that were,

2   developed disease at Ground Zero. And so she can't

3   really say that he has air flow limitation. You

4   either have asthma, or you don't, you know.

5           And I don't -- I think that this idea

6   that patients typically show air flow limitation,

7   show me in the ATS criteria where it says air flow

8   limitation.

9   Q   Doctor, don't all, I mean absolutely without

10  exception all of the RADS authors note that

11  pulmonary function test noting possible air flow

12  obstruction is one of the criteria?

13  A   Yeah, but they, they -- possible air flow

14  obstruction, but air flow limitation is a completely

15  different term.

16  Q   Wait --

17  A   Air flow limitation is, can be a bellows

18  problem, where you can't breathe in and out. This

19  guy has air flow limitation, I admit it freely, but

20  he has vocal cord dysfunction.

21  Q   Okay, well, we'll get to that, Doctor, but

22  are you suggesting that Dr. Pacheco is offering her

23  analysis of air flow limitation as a RADS diagnosis

24  criterion?

25  A   Yes.

57

1  criteria.

2  A  Yes.

3  Q  Okay. Now Dr. Pacheco said a number of
4  things in her assessment of this criterion. Could
5  you tell me what, if anything, you agree with?

6  A  I don't think he's atopic, and I don't think
7  he has allergic disease based upon skin testing and
8  RAS testing, so I agree with that. I do think that
9  he has an approximately 20 pack-year history of
10 smoking. Everyone seems to agree that he smoked
11 about two-thirds of a pack of cigarettes a day for
12 25 years. So that comes out to the requisite 20
13 pack years approximately.
14       And so I think -- and I don't know if
15 we're going to talk about it, but I did review, you
16 sent me his chest X-ray and CAT scan, and there's
17 clear evidence of pulmonary disease there, which is
18 consistent with somebody who's smoked for 20 years.
19 So I think that the statement: Although he
20 previously smoked cigarettes, he has no ongoing
21 respiratory symptoms or need for medical care, I
22 mean I don't know where that comes from. I mean
23 it's, it -- how can I put it? If you -- if I sent
24 this gentleman to see someone at National Jewish,
25 and only said he's got a 20 pack-year history of

McCorkle Court Reporters, Inc.
Chicago, Illinois  (312) 263-0052

78

1  principal conclusion, which was that Mr. Noffsinger

2  has irritant-induced RADS. Pardon me,

3  irritant-induced vocal cord dysfunction.

4      A  Right.

5      Q  Would it be fair to say that you agree that

6  Mr. Noffsinger has vocal cord dysfunction?

7      A  Absolutely.

8      Q  Okay. Do you agree that it's

9  irritant-induced?

10     A  No.

11     Q  Okay. And why is that?

12     A  Well, again, if you look at the criteria for

13 so called irritant-induced vocal cord dysfunction,

14 which is kind of a, I mean there is a lot of talk

15 about irritant-induced vocal cord dysfunction, but

16 that's not what most people, when they say

17 irritant-induced vocal cord dysfunction in --

18     Q  Okay, I'm sorry, Doctor.

19     A  That's Perkner, all right.

20     Q  Correct.

21     A  Okay. So I mean a lot of us talk about

22 irritant-induced vocal cord dysfunction, but we

23 don't mean what is alluded to in these -- in this

24 paper, in the Perkner paper or in the Perkner review

25 article. And that is -- and this is true for

Steven Noffsinger vs. The Valspar Corporation
Dr. James Wedner                                      9/20/2010

Page 133

1   State of Missouri
2                   SS.
3   City of St. Louis
4       I, Pamela K. Needham, a Notary Public in and
5   for the State of Missouri, duly commissioned,
6   qualified and authorized to administer oaths and to
7   certify to depositions, do hereby certify that
8   pursuant to Notice in the civil cause now pending
9   and undetermined in the United States District Court
10  For the Northern District of Illinois, Eastern
11  Division, to be used in the trial of said cause in
12  said court, I was attended at the offices of Dr.
13  James Wedner, 4990 Children's Place, Northwest Tower
14  Bldg., 15th Floor, in St. Louis, Missouri, by the
15  aforesaid attorneys; on the 20th day of September,
16  2010.
17      The said witness, being of sound mind and being
18  by me first carefully examined and duly cautioned
19  and sworn to testify the truth, the whole truth, and
20  nothing but the truth in the case aforesaid,
21  thereupon testified as is shown in the foregoing
22  transcript, said testimony being by me reported in
23  shorthand and caused to be transcribed into
24  typewriting, and that the foregoing page correctly
25  set forth the testimony of the aforementioned

www.goreperry.com                      Gore Perry Reporting _ Video
314.241.6750         314.241.5070      schedule@goreperry.com
                                       91270ddd-faba-4d1a-8452-895fda6b70a2

Steven Noffsinger vs. The Valspar Corporation
Dr. James Wedner     9/20/2010

Page 134

1  witness, together with the questions propounded by
2  counsel and remarks and objections of counsel
3  thereto, and is in all respects a full, true,
4  correct and complete transcript of the questions
5  propounded to and the answers given by said witness;
6  that signature of the deponent was not waived by
7  agreement of counsel.
8       I further certify that I am not of counsel or
9  attorney for either of the parties to said suit, not
10 related to nor interested in any of the parties or
11 their attorneys.
12      Witness my hand and notarial seal at St. Louis,
13 Missouri, this 27th day of September, 2010.
14 My Commission expires October 12, 2013.
15
16      _____ *Pamela K. Needham*
17         Notary Public in and for the
18              State of Missouri
19
20         PAMELA K. NEEDHAM
           Notary Public - Notary Seal
           State of Missouri
21         Commissioned for St. Louis City
           My Commission Expires: October 12, 2013
           Commission Number: 09511791
22
23
24
25

www.goreperry.com                    Gore Perry Reporting _ Video
314.241.6750        314.241.5070     schedule@goreperry.com
91270ddd-faba-4d1a-8452-895fda6b70a2