# EXHIBIT A

**BARNES & THORNBURG** LLP

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

Terri L. Bruksch
(317) 231-7246
tbruksch@btlaw.com

July 27, 2012

VIA ELECTRONIC AND U.S. MAIL

David A. Axelrod
Robert A. Cohen
Jason M. Kleinman
DAVID A. AXELROD & ASSOCIATES, PC
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603

RE: *Noffsinger v. The Valspar Corporation, et al.*

Counsel:

We have provided Valspar's expert witnesses—Joel Cohen, Michael Greenberg, M.D., and James Wedner, M.D.—with transcripts of Mr. Noffsinger's most recent deposition. We expect these witnesses to update their prior opinions and reports to reflect Mr. Noffsinger's new testimony about his cigarette smoking and his use of electronic cigarettes. We anticipate they will provide supplemental reports in the next thirty days.

Please contact me if you wish to discuss this further.

Sincerely,

Terri L. Bruksch

TLB/mlm
cc: Andrew Detherage (*via e-mail*)
James Michel (*via e-mail*)

INDS02 TLB 1231159v1

Atlanta    Chicago    Delaware    Indiana    Los Angeles    Michigan    Minneapolis    Ohio    Washington, D.C.